## THE MARACAIBO.

### HEALEY v. THE MARACAIBO et al.

#### (Circuit Court of Appeals, Second Circuit.)

SEAMEN'S WAGES—SET-OFF—SETTLEMENT.

This is an appeal from a decree of the district court, Southern district of New York, in favor of libelant, for seaman's wages and penalty on discharge in a foreign port, with interest and costs. See 79 Fed. 809.

Joseph Kling, for appellants.

James Forester, for appellee.

Before LACOMBE and SHIPMAN, Circuit Judges.

PER CURIAM. Upon the record as it stands we are inclined to agree with the district judge as to what took place before the consul, whose deposition seems not to have been taken. The facts being thus found against the claimants, it is unnecessary to discuss any of the propositions of law advanced upon the argument. The decree of the district court is affirmed, with interest and costs.

---

THE MARY L. PETERS. HOWELL v. THE MARY L. PETERS et al. (Circuit Court of Appeals, Second Circuit. April 20, 1896.) No. 634. Appeal from the District Court of the United States for the Southern District of New York. Goodrich; Deady & Goodrich, for appellant. George A. Black, for appellees. No opinion. Decree of district court affirmed, with interest and costs. See 68 Fed. 919.

---

MAYER v. GLENN. (Circuit Court of Appeals, Second Circuit.) No. 321. Appeal from the Circuit Court of the United States for the Southern District of New York. George Zabriskie, for appellant. B. N. Harrison, Charles Marshall, and A. H. Masten, for appellee. No opinion. Decree affirmed, with costs, on opinion in Furnald v. Glenn, 12 C. C. A. 27, 64 Fed. 49.

---

MILLER v. CHOCTAW, O. & G. RY. CO. (Circuit Court of Appeals, Eighth Circuit. September 15, 1896.) No. 654. No opinion. Judgment of dismissal vacated and set aside, and cause restored to the docket.

---

MISSOURI PAC. RY. CO. v. SIDELL. (Circuit Court of Appeals, Second Circuit. February 20, 1896.) No. 636. Appeal from the Circuit Court of the United States for the Southern District of New York. W. S. Pierce, for appellant. C. D. Ingersoll, for appellee. No opinion. Affirmed in open court.

---

MOORE v. CLARK et al. (Circuit Court of Appeals, Second Circuit. January 23, 1896.) No. 564. Appeal from the Circuit Court of the United States for the Southern District of New York. Frank J. Mather, for appellants. W. P. Preble, Jr., for appellee. No opinion. Appeal dismissed.